United States District Court
Southern District of Texas
**ENTERED**
April 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC<br>Plaintiffs | § | |
| VS | §<br>§ | CIVIL ACTION NO. H-23-0167 |
| JOHN DOE<br>Defendant | § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal Without Prejudice of John Doe filed on April 5, 2023 (Doc. No. 9), this case is voluntarily **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this ___10___ day of April, 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE